**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6559**

———————

DOMINIQUE MUHAMMAD SALAAM-X, a/k/a Alfred D. Clifton,

                         Plaintiff - Appellant,

    versus

JIM PENDERGRAPH; N. CARTER, Deputy Sheriff,

                         Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-03-37-3-MU-02)

———————

Submitted: June 12, 2003          Decided: June 19, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dominique Muhammad Salaam-X, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dominique Muhammad Salaam-X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Salaam-X v. Pendergraph</u>, No. CA-03-37-3-MU-02 (W.D.N.C. Mar. 18, 2003). We deny Salaam-X's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>